## WIGGINS *vs.* PERRYMAN.

1. Where a plaintiff, in a suit before a magistrate, appeals to a Circuit Court, he can not, at the first term, take judgment by default, against the defendant, without notice of the appeal.

Perryman, the defendant in error, procured the issuance of a warrant, from a magistrate of Conecuh County, against Margaret Wiggins, for the sum of twenty-five dollars, due upon a promissory note.—— The magistrate, after a hearing of the cause, rendered judgment in favor of the defendant; and the plaintiff appealed to the Circuit Court.

At March Term, 1832, it being the return term of the appeal, a formal judgment, by default, was rendered against the defendant. It did not appear, however, that notice of the appeal, had been served on the defendant.

*Parsons* & *Cooper*, for the plaintiff in error.
*Gordon* & *Goldthwaite,* contra.

LIPSCOMB, C. J.—This cause originated before a justice of the peace, in the County of Conecuh.

Samuel Perryman sued Margaret Wiggins ; judgment was given for the defendant ; the plaintiff appealed, and, at the first term of the Circuit Court recovered judgment by default against the defendant, for twenty-seven dollars and forty cents, his debt and in· terest.

WIGGINS *vs.* PERRYMAN.

It does not appear, that the defendant ever had notice of the pendency of the appeal.

No default could legally be taken against the defendant, at the first term of the Court, after appeal taken, unless she had notice of the pendency of such appeal.

The judgment must, therefore, be reversed, and the cause remanded.